```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DAVID WEISS,                            :
                         Plaintiff,     :        06 Civ. 4402 (DLC)
                                        :
            -v-                         :            ORDER OF
                                        :         DISCONTINUANCE
JPMORGAN CHASE & COMPANY,               :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:    New York, New York
          January 14, 2010

_____
                DENISE COTE
          United States District Judge