USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/10

Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID WEISS,

    Plaintiff,

v.

JPMORGAN CHASE & COMPANY,

    Defendant.

06 Civ. 4402 (DLC)

Stipulation of Dismissal With Prejudice

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
    March 11, 2010

| GARRISON, LEVIN-EPSTEIN CHIMES RICHARDSON & FITZGERALD, P.C. | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By: _____ | By: _____ |
| Joseph D. Garrison | Michael Delikat |
| Nina T. Pirrotti | John D. Giansello |
| 405 Orange Street | Lisa B. Lupion |
| New Haven, CT 06511 | 666 Fifth Avenue |
| (203) 777-4425 | New York, New York 10103 |
| | (212) 506-5000 |
| Attorney for Plaintiff David Weiss | Attorneys for Defendant JPMorgan Chase & Company |

The Clerk of Court shall close the case.

SO ORDERED:

_____
Hon. Denise L. Cote, U.S.D.J.
March 12, 2010

OHS East:160643548.8